**No. 10-10916. Jobita Willetta Avery, Petitioner v. United States.**

565 U.S. 857, 132 S. Ct. 190, 181 L. Ed. 2d 97, 2011 U.S. LEXIS 5935.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 413 Fed. Appx. 937.